UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                                    CASE NO. 2:22-cr-20029-002

CHRISTINE LIND EMINHIZER                                             DEFENDANT

### ORDER

The Court ADOPTS the report and recommendation (Doc. 33) entered in this case and accepts Defendant's plea of guilty to Count 4 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 4th day of January, 2024.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE